# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144864 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JANE DOE, as Next Friend for JUNE DOE,
　　　　Plaintiff-Appellee,

v

KAREN V. FERRIS,
　　　　Defendant-Appellant,

and

DENNIS KAINE FERRIS,
　　　　Defendant.

SC: 144864
COA: 307516
Wexford CC: 10-022828-NO

_____/

　　　　On order of the Court, the application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

p0618

_____
Clerk